FILED _____ _____ LODGED
_____ RECEIVED _____ COPY

OCT 1 1 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

GARY RESTAINO
United States Attorney
District of Arizona
GENEVIEVE A. OZARK
Assistant U.S. Attorney
Mississippi State Bar No. 105598
Two Renaissance Square
40 N. Central Ave., Ste. 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Genevieve.Ozark@usdoj.gov
Attorneys for Plaintiff

REDACTED FOR
PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No.   CR-22-01325-PHX-DLR (DMF) |
| Plaintiff, | **INDICTMENT** |
| vs. | VIO:   21 U.S.C. §§ 841(a)(1) and 841(b)(1)(C) (Possession with Intent to Distribute Mescaline) Count 1 |
| Geordie Ellis, | |
| Defendant. | 21 U.S.C. §§ 952(a), 960(a)(1), and 960(b)(3) (Importation of Mescaline) Count 2 |

**THE GRAND JURY CHARGES:**

**COUNT 1**

On or about December 30, 2021, in the District of Arizona, the defendant, GEORDIE ELLIS, did knowingly and intentionally possess with the intent to distribute mescaline, a Schedule I controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(C).

## <u>COUNT 2</u>

On or about November 20, 2021, in the District of Arizona, the defendant, GEORDIE ELLIS, did knowingly and intentionally import mescaline, a Schedule I controlled substance, into the United States from Peru.

In violation of Title 21, United States Code, Sections 952(a), 960(a)(1), and 960(b)(3).

A TRUE BILL

/s/
FOREPERSON OF THE GRAND JURY
Date: October 11, 2022

GARY M. RESTAINO
United States Attorney
District of Arizona


/s/
GENEVIEVE A. OZARK
Assistant U.S. Attorney