**SUZUKI LAW OFFICES**
Attorneys at Law
Todd P. Romero, Esq. No. 028174
2929 E. Camelback Rd. Ste. 224
Phoenix, Arizona 85016
Phone: (602) 682-5270
Fax: 480-907-1571
Attorneys@suzukilawoffices.com

Attorneys for Defendant *Ellis*

## IN THE UNITED STATES DISTRICT COURT

## DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | **Case No.: 2:22-cr-01325-DLR-1** |
| Plaintiff, | |
| vs. | **NOTICE OF APPEARANCE** |
| Geordie Ellis, | |
| Defendant. | |

Mr. Todd P. Romero, privately retained counsel, does hereby enter his appearance in the above-noted cause in behalf of the defendant, Geordie Ellis, for all further proceedings before this Court.

RESPECTFULLY SUBMITTED this 19th day of October, 2022.

**SUZUKI LAW OFFICE**

*/s/ Todd P. Romero* ___
Todd P. Romero, Esq.
Attorneys for Defendant *Ellis*

**CERTIFICATE OF SERVICE**

I hereby certify that on October 19, 2022, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrants:

HON. JUDGE DOUGLAS L RAYES
UNITED STATES DISTRICT COURT


GENEVIEVE ALEXANDRA OZARK
United States Attorney's Office
genevieve.ozark@usdoj.gov

/s/ *Todd P. Romero* ___
Todd P. Romero, Esq.
Attorneys for Defendant *Ellis*