AZD PS 40  (AZD Rev. 10/12) Notice Regarding United States Passport for Criminal Defendant

# UNITED STATES DISTRICT COURT
for the
## District of Arizona

### NOTICE REGARDING UNITED STATES PASSPORT FOR CRIMINAL DEFENDANT

**TO:**  **Office of Legal Affairs, Passport Services**
U.S. Department of State
CA/PPT/L/LA
44132 Mercure Circle
P.O. Box 1243
Sterling, VA 20166-1243

**FROM:**  United States Pretrial Services
Sandra Day O'Connor Courthouse, Suite 260
401 W. Washington Street, SPC 8
Phoenix, Arizona 85003-2119
(602) 322-7350
Fax: (602) 322-7380

### Original Notice

**Date:**  October 20, 2022

**By:**  VE

| | |
|---|---|
| Defendant:  Geordie Ellis | Case Number:  0970 2:22CR01325 |
| Date of Birth: ▮▮▮▮▮▮ | Place of Birth:  Brevard County, FL |
| SSN: ▮▮▮▮ | |

**Notice of Court Order** (Order Date: October 19, 2022)

☒  The above-named defendant is not permitted to apply for the issuance of a passport and/or passport card during the pendency of this action.

## NOTICE OF DISPOSITION
The above case has been disposed of.

☐  The above order of the court is no longer in effect.

☐  Defendant not convicted – Document returned to defendant.

☐  Defendant not convicted – Document enclosed for further investigation due to evidence that the document may have been issued in a false name.

☐  Defendant convicted – Document and copy of judgment enclosed.

**Distribution:**
Original to case file
Department of State
Defendant *(or representative)*
Clerk of Court