AO 442 (Rev. 11/11) Arrest Warrant

| | FILED | | LODGED |
|---|---|---|---|
| ✗ | RECEIVED | | COPY |

OCT 2 0 2022

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY

# UNITED STATES DISTRICT COURT

for the

District of Arizona

United States of America )
v. )
) Case No.    CR-22-01325-PHX-DLR
)
)
)
Geordie Ellis )
_____
*Defendant*

## ARREST WARRANT

To:    Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay
*(name of person to be arrested)*    Geordie Ellis                                                                ,
who is accused of an offense or violation based on the following document filed with the court:

☑ Indictment    ☐ Superseding Indictment    ☐ Information    ☐ Superseding Information    ☐ Complaint

☐ Probation Violation Petition    ☐ Supervised Release Violation Petition    ☐ Violation Notice    ☐ Order of the Court

This offense is briefly described as follows:

21:841(a)(1) and 841(b)(1)(C) - Possession with Intent to Distribute Mescaline
21:952(a), 960(a)(1), and 960(b)(3) - Importation of Mescaline

Date:    10/12/2022

_____
*Issuing officer's signature*

City and state:    Phoenix, Arizona

R. Kobza - Deputy Clerk
*Printed name and title*

cc: PTS    ISSUED ON 12:29 pm, Oct 12, 2022
s/ Debra D. Lucas, Clerk

| **Return** |
|---|

This warrant was received on *(date)* 10.12.22 , and the person was arrested on *(date)* 10.18.22
at *(city and state)* Tempe, AZ    .

Date: 10.18.22

by: _____
*Arresting officer's signature*

Arrested by DEA
*Printed name and title*