GARY M. RESTAINO
United States Attorney
District of Arizona

LINDSAY SHORT
Assistant U.S. Attorney
Arizona State Bar No. 034125
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona  85004
Telephone:  602-514-7500
Email: Lindsay.short@usdoj.gov
*Attorneys for Plaintiff*

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. 22-CR-1325-DLR |
| Plaintiff, | **NOTICE OF SUBSTITUTION** |
| vs. | |
| Geordie Ellis, | |
| Defendant. | |

NOTICE is hereby, in accordance with Local Rule 83.3(a) of the Rules of Practice for the U.S. District Court for the District of Arizona, that Assistant United States Attorney, Lindsay Short is substituted in place of Assistant United States Attorney, Genevieve A. Ozark, as attorney for the United States.

Respectfully submitted this 16th day of November, 2022.

GARY M. RESTAINO
United States Attorney
District of Arizona

 *s/ Lindsay Short*
LINDSAY SHORT
Assistant U.S. Attorney