# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-01325-001-PHX-DLR |
| Plaintiff, | **ORDER SETTING FINAL PRETRIAL CONFERENCE** |
| v. | |
| Geordie Ellis, | |
| Defendant. | |

A Final Pretrial Conference has been set for **October 17, 2023 at 1:30 p.m**.

**IT IS ORDERED** that the parties shall file with the Clerk of the Court the following documents **five (5) business days** before the Final Pretrial Conference[1]:

    (1)    Joint statement of the case,

    (2)    Joint witness list,

    (3)    Joint voir dire questions,

    (4)    Joint jury instructions (see attached instructions),

    (5)    Joint verdict form,

    (6)    Motions in limine,

    (7)    Any other pretrial motions.

Responses to motions in limine and other pretrial motions shall be filed with the Clerk of the Court **three (3) business days** before the Final Pretrial Conference. No Replies shall be filed.

---

[1] A copy of the documents shall be delivered to the Court and shall be three-hole punched on the left side of the page.

**IT IS FURTHER ORDERED** that the attorneys who will be responsible for the trial, as well as the Defendant, shall attend the Final Pretrial Conference.  Counsel shall bring their calendars so that trial scheduling can be discussed.  Counsel shall be prepared to discuss each of the items set forth above, as well as the following:

(8)  Trial schedule,

(9)  Voir dire procedures,

(10)  Number of witnesses,

(11)  Number of exhibits,

(12)  Marking of exhibits and copies for the court,

(13)  Special equipment needs,

(14)  Need for an interpreter.

**IT IS FURTHER ORDERED** that the parties shall submit their proposed voir dire questions, joint statement of the case, verdict form and jury instructions to the Court in Word format by email to rayes_chambers@azd.uscourts.gov.

**IT IS FURTHER ORDERED** that the parties shall promptly notify the Court if settlement is reached.

**IT IS FURTHER ORDERED** that counsel shall review Judge Rayes' statement of Trial Conduct and Decorum before the Final Pretrial Conference.  A copy can be found on the Court's website at www.azd.uscourts.gov under Judges' Information and Orders, Forms and Procedures.

Dated this 7th day of August, 2023.

_____
Douglas L. Rayes
United States District Judge

The parties shall submit a <u>joint</u> list of proposed jury instructions.  The list shall contain four sections.

I.     Section I shall contain model instructions.  If an instruction is requested by both parties, the instruction shall be preceded by "ST" (stipulated).  If the instruction is requested by only one party, the instruction shall be preceded by either "PL" (Plaintiff) or "DF" (Defendant)[2].  For example:

EXAMPLE OF MODEL INSTRUCTIONS:

| | | |
|---|---|---|
| ST | § 3.1 | Duties of Jury to Find Facts and Follow Law |
| ST | § 3.2 | Charges Against Defendant Not Evidence - Presumption of Innocence |
| DF | § 3.3 | Defendant's Decision Not to Testify |
| DF | § 3.4 | Defendant's Decision to Testify |
| ST | § 3.5 | Reasonable Doubt - Defined |
| PL | § 3.6 | What is Evidence |
| DF | § 3.7 | What is Not Evidence |
| ST | § 3.8 | Direct and Circumstantial Evidence |
| ST | § 3.9 | Credibility of Witnesses |
| ST | § 3.10 | Evidence of Other Acts of Defendant or Acts and Statements of Others |
| DF | § 3.11 | Activities Not Charges |
| DF | § 3.12 | Separate Consideration of Multiple Counts |
| PL | § 3.17 | Intent to Defraud - Defined |

II.    Section II shall contain any non-model instructions to which the parties have stipulated.

III.    Section III shall contain any non-model instructions requested by Plaintiff (numbered consecutively).  Plaintiff shall include citation to authority to support the requested instruction.  Defendant shall state all objections to such instruction immediately following the instruction and Plaintiff's authority.  Defendant shall support any objection with citation to authority.  If Defendant offers an alternative instruction, such alternative instruction shall immediately follow Defendant's objection.

IV.    Section IV shall contain any non-model instructions requested by Defendant (numbered consecutively).  Defendant shall include citation to authority to support the requested instruction.  Plaintiff shall state all objections to such instruction immediately following the instruction and Defendant's authority.  Plaintiff shall support any objection with citation to authority.  If Plaintiff offers an alternative instruction, such alternative instruction shall immediately follow Plaintiff's objection.

---

[2] If multiple Defendants, identify which Defendant.

- 3 -