GARY M. RESTAINO
United States Attorney
District of Arizona

LINDSAY SHORT
Arizona State Bar No. 034125
Assistant U.S. Attorneys
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: Lindsay.Short@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | No. CR-22-01325-PHX-DLR |
|---|---|
| Plaintiff, | |
| v. | **JOINT RESPONSE TO COURT'S PROPOSED JUROR QUESTIONNAIRE AND STATEMENT OF THE CASE** |
| Geordie Ellis, | |
| Defendant. | |

In response the Court's Order dated September 5, 2023 (Doc. 28), the parties hereby provide notice that there are no objections to any of the questions in the Court's proposed juror questionnaire. Neither party has additional questions to propose.

The parties also have no objections to the Court's proposed statement of the case:

This is a criminal case being prosecuted by the United States. The defendant is charged with Possession with Intent to Distribute Mescaline, and Importation of Mescaline, both crimes alleged to have occurred on or between November 20, 2021, and December 30, 2021. The defendant has entered a plea of not guilty to each count.

/ /

/ /

- 1 -

Respectfully submitted this 8th day of September, 2023.

GARY M. RESTAINO
United States Attorney
District of Arizona

*s/ Todd Romero (with permission)*
TODD ROMERO
Attorney for Defendant

*s/ Lindsay Short*
LINDSAY SHORT
Assistant U.S. Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on this same date, I electronically transmitted the attached document to the Clerk's Office using the CM/ECF System for filing and transmittal of a Notice of Electronic Filing to the following CM/ECF registrant(s): Todd Romero, Attorney for Defendant.

*s/ Lindsay Short*
U.S. Attorney's Office