☒ FILED    ☐ LODGED

**Sep 21 2023**

CLERK U.S. DISTRICT COURT
DISTRICT OF ARIZONA

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | No. CR-22-01325-PHX-DLR |
| Plaintiff, | |
| v. | **CONSENT OF DEFENDANT** |
| Geordie Ellis, | |
| Defendant. | |

After full consultation with counsel, I voluntarily consent to go forward before the United States Magistrate Judge with my:

☒    Change of Plea Hearing

☐    Admission or Denial Hearing on Petition for Revocation of Probation/Supervised Release and Evidentiary Hearing regarding revocation (if required).

DATED this _20th_ day of _September_, 2023.

_Geordie Ellis_
GEORDIE ELLIS
Defendant

_Todd P. Romero_
TODD P. ROMERO
Counsel for Defendant

LINDSAY SHORT  Digitally signed by LINDSAY SHORT
Date: 2023.05.08 07:17:08 -07'00'

LINDSAY L. SHORT
Assistant U.S. Attorney