**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| United States of America | No. CR-22-01325-001-PHX-DLR |
| Plaintiff, | **ORDER TERMINATING PROBATION PRIOR TO ORIGINAL EXPIRATION DATE** |
| v. | |
| Geordie Ellis | |
| Defendant. | |

On Monday, January 22, 2024, the above named was placed on probation for a period of 36 months.  Geordie Ellis has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that Geordie Ellis be discharged from supervision.

Respectfully submitted,

_____
Brittany J. Dawson
U.S. Probation Officer

**ORDER OF COURT**

Pursuant to the above report, it is ordered that Geordie Ellis be discharged from supervision and that the proceedings in the case be terminated.

_____          1/21/2026
The Honorable Douglas L. Rayes                    Date
Senior U.S. District Judge

- 2 -